**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Edward Rorecuse Young, Respondent,

v.

State of South Carolina, Petitioner.

Appellate Case No. 2015-000785

---

**ON WRIT OF CERTIORARI**

---

Appeal From Greenville County
Eugene C. Griffith, Jr., Post-Conviction Relief Judge

---

Memorandum Opinion No. 2018-MO-033
Submitted September 19, 2018 – Filed October 3, 2018

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Attorney General Alan Wilson and Assistant Attorney General DeShawn H. Mitchell, both of Columbia, for Petitioner.

Chief Appellate Defender Robert Michael Dudek, of Columbia, for Respondent.

---

**PER CURIAM:**  We issued a writ of certiorari to review the post-conviction relief (PCR) court's grant of Edward Rorecuse Young's application for PCR. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**